IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CAMERON M. PERKINS, )<br>    Petitioner, )<br>v. )<br>)<br>DANA RATCLIFF WALKER, )<br>    Respondent. ) | Civil Action No. 7:16CV00400<br><br>By: Elizabeth K. Dillon<br>United States District Judge |

**FINAL ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that respondent's motion to dismiss (Dkt. No. 9) is GRANTED, Perkins's 28 U.S.C. § 2254 petition (Dkt. No. 1) is DISMISSED, and this action is STRICKEN from the active docket of the court.

Further, finding that Perkins has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is DENIED.

The Clerk is directed to send copies of this order and accompanying memorandum opinion to all counsel of record and to Mr. Perkins.

Entered: September 15, 2017.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge